#4       1535           12-1586

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, _Daniel J Weiner_ do hereby request leave to proceed in forma pauperis and state under oath that I am unable to pay the costs for commencement of this _Civil_ action, or to give security therefor, and that I believe I am entitled to redress.

I further state the following:

    I am not employed (   )
    or
    I am employed by: _Self Employer Farmer on Social_

    and my salary is $ _700_ per _Month_.

I have no other sources of income except the following (include public assistance, social security disability, or any other income not included above employment and state the amount):

_____
_____
_____

I have $ _100_ IN CASH.

I have the following funds in the bank:

| NAME OF THE BANK | TYPE OF ACCOUNT | AMOUNT |
|---|---|---|
| First Nat Bank | Savings | $ 390 |
|  |  | $ |
|  |  | $ |

I own the following valuable property (include real estate, stocks, bonds, notes, automobiles, and other valuable property, but exclude ordinary household furnishings and clothing):

|  | VALUE |
|---|---|
| Farm Equipment | $ 7,000 |
|  | $ |
|  | $ |

I have the following debts:

| Electric Phone, Food, |
|---|
|  |
|  |

I have the following dependents:

| NAME | RELATIONSHIP | AGE |
|------|--------------|-----|
| NONE |              |     |
|      |              |     |
|      |              |     |

*Daniel J Werner*
Plaintiff

I declare under penalty of perjury that
the foregoing is true and correct.

Signed this __29__ day of __OCTOBER__, 20__12__.

*Daniel J Werner*
Plaintiff's Signature

## ORDER

AND NOW, this _____ day of _____, 20_____,

Motion granted.

_____
UNITED STATES DISTRICT JUDGE