United States Distric Court
For The Western District of the
State of Pennsylvania.

Page (1) of (2)

| | |
|---|---|
| Daniel Lewis Weimer<br>Plaintiff<br>Pro Se<br><br>vs.<br><br>B.I. Vanorsdale Officer<br>And<br>Joseph Manchini Governor<br>Building East<br>1900 Kanawha<br>Charleston, W.V. 25305<br>Defendants. | Case No<br>12-1586<br>Complaint. |

Complaint.

Now comes, Daniel Lewis Weimer Pro Se the Plaintiff and enters the following complaint.

1. Vanorsdal is a Federal Safety Officer. Therefore this is a Federal Question. This court must entertain this case!

2. Under Federal Rules 390.5 clearly states that Farmers are exempt. See attached exhibit.

RECEIVED OCT 29 2012 CLERK US DIST COURT WEST DIST OF PENNSYLVANIA

(2)

3. VANORSDALE WANTS OTHERS TO OPERATE IN CONSPIRACY. SUCH AS COURT OFFICIALS.

4. VANORSDALE LOST AT HEARING MORGAN COUNTY BY DOING SAME.

5. TO KEEP THIS SITUATION AT A MINIMUM PLEASE ISSUE SANCTIONS AGAINST VANORSDALE FOR DOING THIS REPEATLY, ALSO VANORSDALE MUST PAY MONEY DAMAGES DIRECTLY TO WEIMER.

6. THIS COURT MUST NOT ALLOW SUCH A PERSON, S, TO FALSIFY INFORMATION TO ANY COURT, IN THE UNITED STATES OF AMERICA.

Respectfully submitted
on OCT 29, 2012
Daniel Weimer